UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JASIB HEADLEY,

                Petitioner,

                vs.                              No. 9:07-CV-979
                                      (FJS/GHL)

ROBERT ERCOLE, Superintendent,

                Respondent.
_____

APPEARANCES:

                                              OF COUNSEL

JASIB HEADLEY,
*Petitioner Pro Se*
#04-B-0768
Green Haven Correctional Facility
PO Box 4000
Stormville, NY   12582

OFFICE OF THE ATTORNEY GENERAL    Jodi A. Danzig, Esq.
State of New York                                      Assistant Attorney General
Attorney for Respondent
120 Broadway
New York, New York   10271

**FREDERICK J. SCULLIN, JR., S.J.**

## DECISION AND ORDER

      Currently before the Court is Magistrate Judge George H. Lowe's Report-

Recommendation filed May 28, 2009 to which the parties have filed no objections.  Having

reviewed that Report and Recommendation and the entire file in this matter, the Court hereby

**ORDERS** that the Report-Recommendation of Magistrate Judge George H. Lowe filed May 28, 2009 is **ACCEPTED** in its entirety, for the reasons stated therein, and the Court further

**ORDERS** that Petitioner shall file a second amended petition **within thirty (30) days** of the filing date of this Order, and the Court further

**ORDERS** that, if Petitioner fails to file a second amended petition **within thirty (30) days** of the filing date of this Order, the Court will issue an Order directing a response to the amended petition which contains only Petitioner's claims of counsel ineffectiveness, and the Court further

**ORDERS** that the Clerk shall return to Petitioner the state court records attached to his amended petition and provide Petitioner with a blank § 2254 habeas petition.

**IT IS SO ORDERED.**

Dated:   June 23, 2009
         Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge